# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Charles H. Rimlinger, Jr., et al.,

Plaintiffs,

V.

Shenyang 245 Factory, et al.,

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-02051-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiffs Charles H. Rimlinger, Jr. and RELS Acquisition Company and against Defendants Shenyang 245 Factory and Chen Yan regarding Plaintiffs' request for declaratory relief, as submitted by their Complaint. The Court hereby declares that (1) the 273 Patent was duly and legally issued and is valid and enforceable; (2) Shenyang has directly infringed, contributorily infringed, and/or induced infringement of one of more claims of the 273 Patent; (3) Yan has wilfully infringed on the 273 Patent; (4) Defendants Yan and Shenyang have wilfully infringed on the 273 Patent.

IT IS FURTHER ORDERED that Plaintiffs' request for injunctive relief is DENIED.

IT IS FURTHER ORDERED that Plaintiffs are awarded damages, attorney's fees, and costs in the amount of $0.

June 4, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk